



# MEMORANDUM OPINION

No. 04-12-00232-CV

**IN RE** Carmen **RINCON,** a Child

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed:  April 25, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On April 20, 2012, Relator Carmen Rincon filed a Petition for Writ of Mandamus and Motion for Temporary Relief in this court.  In her petition, relator asks that we compel respondent, the Honorable W.C. Kirkendall, to vacate his February 15, 2012 order denying relator the right to revoke the Mediated Settlement Agreement.  Additionally, her motion for temporary relief requests that this court stay the trial court's order pending the outcome of the mandamus.  Relator has not shown that she is entitled to the relief requested, and we deny both the petition and motion for temporary relief.  *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004); *see also* TEX. R. APP. P. 52.

---

[1] This proceeding arises out of Cause No. 10-1944-CV, styled *In the Matter of the Marriage of Alphonso Cantu Rincon and Carmen Yolanda Rincon*, pending in the Second 25th Judicial District Court, Guadalupe County, Texas, the Honorable W.C. Kirkendall presiding.

Mandamus is an extraordinary remedy that will issue only if: (1) the trial court clearly abused its discretion; and (2) the party requesting mandamus relief has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992). Relator has an adequate remedy by appeal. *See Metzger v. Metzger*, No. 01-04-00893-CV, 2007 WL 1633445 (Tex. App.—Houston [1st Dist.] Jun 07, 2007, pet. denied) (mem. op.); *Rodriguez v. Harding*, No. 04-02-00093-CV, 2002 WL 31863766 (Tex. App.—San Antonio Dec 24, 2002, no pet.) (mem. op); *Spinks v. Spinks*, 939 S.W.2d 229, 229-30 (Tex. App.—Houston [1st Dist.] 1997, no writ).

Accordingly, Relator's petition for writ of mandamus is DENIED.

PER CURIAM